UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA

    -v-

JEAN GERVAIS
------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 1 5 2005 ★

BROOKLYN OFFICE

ORDER
CR05-190 (JBW)

    For the reasons stated orally on the record, the motion to suppress statements made by the defendant is granted in part and denied in part. The motion to suppress is granted as to the statements made by the defendant as he was driven in the car by agents. It is denied as to all other statements.

    The Court finds that the defendant fully understood the Miranda warnings issued twice by the agents.

                                     SO ORDERED

                                     JACK B. WEINSTEIN
                                     SR. U.S.D.J.

DATE-: 6/8/05

